IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE UBU CLOTHING CORPORATION :
:
           Plaintiff        :
:  11 Civ. 7659 (LLS)
:
ROBERT FOREHAND,            :     The Honorable
:     Louis L. Stanton
     and                    :
:
JISAN GROUP, LLC            :
           Defendants       :

## ORDER

AND NOW, this **27** day of **December**, 2011, upon consideration of the parties' stipulation to dismiss all defendants and claims with prejudice;

IT IS HEREBY ORDERED and DECREED that Plaintiff's complaint against defendants is DISMISSED with prejudice.

BY THE COURT,

*Louis L. Stanton*
Louis L. Stanton, Judge for the Southern
District of New York

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE UBU CLOTHING CORPORATION | : | |
| | : | |
| Plaintiff | : | |
| | : | 11 Civ. 7659 (LLS) |
| | : | |
| ROBERT FOREHAND, | : | The Honorable |
| | : | Louis L. Stanton |
| and | : | |
| | : | |
| JISAN GROUP, LLC | : | |
| Defendants | : | |

### STIPULATION TO DISMISS AGAINST ALL DEFENDANTS

It is hereby stipulated and agreed by and Plaintiff, through its counsel, Harry W. Skene and defendants by and through their counsel, John J. Warring as follows:

1. Plaintiff and defendants have decided to enter into a general release and settlement agreement and thus plaintiff does not wish to prosecute any claims against defendants but rather wishes to dismiss all claims with prejudice;

2. Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii) plaintiff may dismiss its claims by stipulation of the parties; and

3. The undersigned counsel representing all names parties hereby stipulate to allow plaintiff to dismiss all claims against defendants with prejudice.

AND NOW, this 24th day of December 2011 the undersigned counsel on behalf of and with the consent of their respective clients hereby agree that all claims against defendants are dismissed with prejudice.

{Signatures on next page}

1

Practical Law and Life, P.C.

By: _____
Harry W. Skene, Esquire
Attorney for Plaintiff

The Warring Law Firm

By: _____
John J. Warring, Esquire
Attorney for Defendants

2